IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CARLOS MARIO CLEMENTE ENRIQUEZ,

Petitioner,

vs.

WARDEN OF THE LINCOLN COUNTY JAIL, in their official capacity, et al.,

Respondents.

8:26-CV-613

ORDER

The petitioner has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 that appears to be identical to the petition he filed, and that the Court denied, in case no. 8:26-cv-559. Accordingly,

IT IS ORDERED:

1. The Clerk of the Court shall, before docketing this order, add Ryan Kunhart of Dvorak Law Group LLC as counsel for counsel for Warden of the Lincoln County Jail, and add Assistant U.S. Attorney Christopher L. Ferretti for the other respondents solely for the purpose of providing notice, and shall after doing so regenerate the filing for the petition.

2. For the reasons stated in case no. 8:26-cv-559 filing 9, the petition for writ of habeas corpus is denied.

3. A separate judgment will be entered.

Dated this 14th day of October, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge